THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT CINCINNATI

GS HOLISTIC, LLC,                     :

        Plaintiff,              :          Case No. 1:23-cv-709

    v.                              :          Judge Walter H. Rice
                                                 Mag. Judge Michael R. Merz
MR. PUFF KENARD LLC, d/b/a            :
Mr. Puff Kenard, *et al.*,

        Defendants.

---

ORDER OVERRULING MOTION FOR DEFAULT JUDGMENT OF PLAINTIFF GS
HOLISTIC, LLC (DOC. #19) WITHOUT PREJUDICE TO REFILING WITHIN
FOURTEEN (14) DAYS OF ENTRY; AMENDED MOTION MUST CONTAIN CORRECT
CASE NUMBER AND PROPERLY IDENTIFY DEFENDANTS MR. PUFF KENARD LLC,
d/b/a MR. PUFF KENARD, AND LOAY HABRON

---

This case is before the Court on its *sua sponte* review of the docket in the

captioned case. On October 30, 2023, Plaintiff GS Holistic, LLC, filed its Complaint

against Defendants Mr. Puff Kenard LLC, d/b/a Mr. Puff Kenard, and Loay Habron.

(Doc. #1). Defendants were served on or about November 3, 2023. (Return of

Service, Doc. #8, PAGEID 38; Doc. #8-1, PAGEID 40). Nonetheless, Defendants

have never defended against Plaintiff's claims or otherwise participated in the

captioned cases. On June 6, 2025, the Court ordered Plaintiff to file a Motion for

Default Judgment against Defendants; if Plaintiff failed to do so, then the case

would proceed to trial. (Order, Doc. #18, PAGEID 115). On June 20, 2025, Plaintiff

filed its Motion (Doc. #19), but with the Case No. 2:23-cv-3230, and sought

judgment against Grandview Stop LLC, d/b/a Smoke Shop 1, and Alaa Altawalba (*id*. at PAGEID 116), who are, in fact, the defendants in Case No. 2:23-cv-3230.

As Plaintiff failed to identify the proper Defendants, the Court OVERRULES the Motion (Doc. #19) without prejudice to refiling within fourteen (14) days of entry. Any amended motion must contain the proper case number and properly identify Mr. Puff Kenard and Habron as Defendants.


IT IS SO ORDERED.

July 29, 2025

WALTER H. RICE, JUDGE
UNITED STATES DISTRICT COURT

2